1
2
3
4

UNITED STATES DISTRICT COURT

5

NORTHERN DISTRICT OF CALIFORNIA

6
7

MICHAEL WRIGHT,                          Case No.  22-cv-01896-HSG

8

Plaintiff,                      **JUDGMENT**

9

v.

10

CONTRA COSTA COUNTRY, et al.,

11

Defendants.

12
13
    For the reasons set forth in the Order of Dismissal, this action is DISMISSED with
14
prejudice.  The Clerk shall enter judgment in favor of Defendants and against Plaintiff, and close
15
the case.
16
    **IT IS SO ORDERED AND ADJUDGED.**
17
Dated:  5/2/2022
18
19
                                        HAYWOOD S. GILLIAM, JR.
                                        United States District Judge
20
21
22
23
24
25
26
27
28

United States District Court
Northern District of California